In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-12-00505-CR
_____

THE STATE OF TEXAS, Appellant

V.

ERIC MICHAEL HEILMAN, Appellee

_____

On Appeal from the County Court No. 2
Jefferson County, Texas
Trial Cause No. 285580

_____

MEMORANDUM OPINION

The trial court granted habeas corpus relief to Eric Michael Heilman. *State v. Heilman*, 413 S.W.3d 503, 505 (Tex. App.—Beaumont 2013), *rev'd*, *Ex parte Heilman*, 456 S.W.3d 159 (Tex. Crim. App. 2015). Heilman's application for writ of habeas corpus asserted that his plea was involuntary and he had received ineffective assistance of counsel. *Id*. Before the hearing on Heilman's application, the habeas court requested briefs from the parties on the issue of whether the prosecution was barred by the statute of limitations. *Id*. at 506. The trial court's

1

order stated that the basis for granting habeas relief was the trial court's determination that Heilman's prosecution was barred by the statute of limitations. *Id*. The State appealed, and this Court affirmed the trial court's order. *Id*. at 509. The Court of Criminal Appeals granted the State's petition for discretionary review and held that Heilman's limitations defense was a forfeitable right and Heilman had waived his right to assert a limitations defense, and the Court remanded the case "to the court of appeals to assess Heilman's other claims." *Ex parte Heilman*, 456 S.W.3d at 160, 169.

After the Court of Criminal Appeals remanded the case to this Court, we gave the parties an opportunity to raise additional arguments, and the parties declined to do so. The trial court has not yet addressed Heilman's remaining claims. In accordance with the mandate from the Court of Criminal Appeals, we remand the cause to the trial court.

REMANDED.

_____
LEANNE JOHNSON
Justice

Submitted on May 27, 2015
Opinion Delivered June 24, 2015

Before Kreger, Horton, and Johnson, JJ.

2